UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-20417

UNITED STATES OF AMERICA,

vs.

OSNIER PUPO,

        Defendant.

_____/

## AGREED FACTUAL BASIS FOR GUILTY PLEA

Beginning in or around February 2008, and continuing until in or around at least December 2010, the defendant, Osnier Pupo ("Pupo" or the "defendant"), knowingly and willfully conspired and agreed with others to defraud the United States and receive and pay health care kickbacks, in violation of 18 U.S.C. § 371. Medicare is a "health care benefit program" of the United States, as defined in 18 U.S.C. § 24. Furthermore, Medicare is a health care benefit program affecting commerce.

Pupo was a patient recruiter who worked for three community mental health centers ("CMHCs") in Miami-Dade County, Florida—R&S Community Mental Health, Inc. ("R&S"), St. Theresa Community Mental Health Center, Inc. ("St. Theresa"), and New Day Community Mental Health Center, LLC ("New Day")—which purported to provide partial hospitalization program ("PHP") services to individuals suffering from mental illness. In reality, the majority of the patients attending R&S, St. Theresa, and New Day did not qualify for PHP treatment and/or receive genuine PHP services.

1

As part of the scheme perpetrated at R&S, St. Theresa, and New Day, Pupo would recruit patients for these CMHCs, and in doing so would solicit and receive kickbacks and bribes from the owners and operators of R&S, St. Theresa, and New Day in return for allowing these CMHCs to bill the Medicare program on behalf of the patients which Pupo had recruited, which Pupo knew was in violation of federal criminal laws. For example, on or about June 18, 2010 and July 7, 2010, Pupo received kickback checks in the approximate amount of $3,149. These kickbacks were paid to Pupo in exchange for referring Medicare beneficiaries to R&S, St. Theresa, and/or New Day.

Pupo also would pay kickbacks and bribes to other patient recruiters in return for referring Medicare beneficiaries to the CMHCs, and to Medicare beneficiaries themselves to induce them to serve as patients for the CMHCs. These Medicare beneficiaries were billed for purported PHP services that were not medically necessary and/or not provided.

Between approximately February 2008 and December 2010, R&S, St. Theresa, and New Day submitted approximately $68 million in false and fraudulent claims to Medicare, and were paid approximately $27 million for those claims. As a result of Pupo's conduct, R&S, St. Theresa, and New Day submitted more than $2.7 million in false and fraudulent claims to Medicare, and were paid more than $1.1 million for those claims.

The preceding statement is a summary, made for the purpose of providing the Court with a factual basis for my guilty plea to the charges against me. It does not include all of the facts known to me concerning criminal activity in which I and others engaged. I make this statement knowingly and voluntarily and because I am in fact guilty of the crimes charged.

DATE: 7/15/15

_____
OSNIER PUPO
DEFENDANT

DATE: 7/15/15

_____
JUAN MOURIN, ESQ.
JASON GREY, ESQ.
COUNSEL FOR OSNIER PUPO