UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  CASE NO. 15-20417-CR-DIMITROULEAS

    Plaintiff,

vs.

OSNIER PUPO,

    Defendant
_____/

**ORDER DENYING DEFENDANT PERMISSION TO TRAVEL**
**OUTSIDE OF THE JURISDICTION**

THIS CAUSE having come on to be heard before the Court on Defendant's July 29, 2015 Motion to Travel [DE-25] and the Court being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Motion to Travel [DE-25] is Denied.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 30th day of July, 2015.

*/s/ William P. Dimitrouleas*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record
Pre-Trial Services