UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-cr-20417-WPD-1

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

OSNIER PUPO,

      Defendant.
_____/

**AGREED MOTION TO CONTINUE SENTENCING**

**COMES NOW** the Defendant, OSNIER PUPO, and respectfully moves this honorable Court to continue the Sentencing in this matter. As grounds therefore the Defendant avers the following:

1. On July 16, 2015, the Defendant entered a plea of guilty to Conspiracy to Defraud the United States Department of Health and Human Services.

2. Sentencing is currently scheduled for November 12, 2015, at 1:30 p.m..

3. On November 30, 2015, trial will begin in *United States v. Borges, et. al*. (15-CR-20383 is a matter related to the instant case). During that trial, the Defendant may be called as a witness for the Government.

4. Accordingly, so that the Defendant may testify in *United States v. Borges* prior to his sentencing, the Defendant respectfully requests this honorable Court to continue his Sentencing.

5. DOJ Trial Attorney Brendan Stewart joins in this request.

6. Should the Court grant this Motion, the parties respectfully request that sentencing be rescheduled for January 7, 2016, or January 8, 2016. (On those dates, DOJ Trial Attorney Stewart will likely already be traveling from his office in Washington D.C. to the Southern District of Florida.)

**WHEREFORE**, the Defendant respectfully requests this honorable Court to enter an Order continuing the Sentencing in this matter.

RESPECTFULLY SUBMITTED,

*s/ Juan Mourin, Esq.*
FL BAR NO. 103438
1370 NW 16th Street
MIAMI, FL  33125
Tel: (305) 3225-8119
Fax: (305) 325-0569

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 2nd day of November, 2015, I electronically filed the foregoing document with the Clerk of Court by Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notice of Electronic Filing.

*s/Juan Mourin, Esq.*